UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Dale Dexter Morrow, Jr.,<br><br>Petitioner,<br><br>v.<br><br>B. Eischen, FPC-Duluth Warden,<br><br>Respondent. | Case No. 23-CV-2137 (JMB/DTS)<br><br>**ORDER ON REPORT AND RECOMMENDATION** |

This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate Judge David T. Schultz dated April 8, 2024. (Doc. No. 21.) The R&R recommends that Petitioner Dale Dexter Morrow's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. No. 1) be denied as moot and that his request for additional time in a Residential Reentry Center (RRC) (Doc. No. 1-1) also be denied. (*See* Doc. No. 21.) Morrow did not file any objections to the R&R, and the time to do so has now passed. *See* D. Minn. L.R. 72.2(b)(1).

In the absence of timely objections, the Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The R&R (Doc. No. 21) is ADOPTED;

2. Petitioner's Petition for a Writ of Habeas Corpus (Doc. No. 1) is DENIED AS MOOT;

3. Petitioner's request for additional time in an RRC (Doc. No. 1-1) is DENIED; and

4. This matter is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 1, 2024

/s/ Jeffrey M. Bryan
Judge Jeffrey M. Bryan
United States District Court